# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| GAIL H. ADKINS & <br> IRENE ADKINS, <br><br> Plaintiffs, <br><br> vs. <br><br> CRAIG PRESTRIDGE, a/k/a <br> JAMES CRAIG PRESTRIDGE <br><br> and <br><br> PRESTRIDGE FORD, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number: CV 08-PT-1775-E <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This case is before the court on the written motion of the Plaintiffs (Doc. # 13), filed on July 6, 2009, supported by the Certificate of counsel and the Affidavit of Plaintiff Gail H. Adkins, that Default be entered by the Clerk of this Court pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and that a Judgment by Default be entered by the Court against Defendants and in favor of the Plaintiffs pursuant to Rule 55(b) the Federal Rules of Civil Procedure.

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the court makes the following findings of fact and conclusions of law:

1.  The summons and complaint were served upon Defendants on September 30, 2008; Defendants have failed to appear, plead, or otherwise defend.

2.  Defendant Craig Prestridge also is known as James Craig Prestridge.

3.  Defendant Craig Prestridge a/k/a James Craig Prestridge, is not an infant or

incompetent person and has not been in the military service of the United States since the filing of this action or for a period of six months prior to such filing.

    4.    The clerk filed an entry of default against the Defendants (Doc. #15) on July 8, 2009.

    5.    Plaintiffs are due to recover from Defendants combined principal amount of One Hundred Fifty Thousand Dollars ($150,000.00), unpaid interest payments of Seventeen Thousand Six Hundred and Twelve Dollars ($17,612.00), and unpaid late fees of Two Thousand and Seventy-Two Dollars ($2,072.00) for a total judgment amount of One Hundred Sixty-Nine Thousand Six Hundred Eighty-Four and 00/100 Dollars ($169,684,00).  Interest shall accrue on the judgment at the prevailing legal rate per annum until paid in full.

The court will enter a default judgment accordingly.

**DONE** and **ORDERED** this 9th day of July, 2009.

    */s/ Robert B. Propst*
    **ROBERT B. PROPST**
    **SENIOR UNITED STATES DISTRICT JUDGE**